UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-80103-CIV-MIDDLEBROOKS
MAGISTRATE JUDGE JOHNSON

T.A. WYNER and GEORGE SIMON,

    Plaintiffs,

vs.

DAVID B. STRUHS, in his official capacity
As Secretary, Florida Department of
Environmental Protection, and TERENCE
COULLIETTE, individually and in his
Official capacity as Park Manager of the
John D. MacArthur Beach State Park,

    Defendants.

_____:



## NOTICE OF APPEAL

Notice is hereby given that DAVID B. STRUHS and TERENCE COULLIETTE, Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit a Final Judgment dated January 28, 2004. On August 16, 2004, the District Court entered an Omnibus Order denying the Defendants' Motion to Alter or Amend the Judgment filed pursuant to Rule 59 of the Federal Rules of Civil Procedure.



The Defendants also appeal the Order Granting Motion for Preliminary Injunction entered February 13, 2003, and the Order on Motions for Summary Judgment dated January 28, 2004.

Respectfully submitted,

_____
CARRI S. LEININGER
Florida Bar No. 0861022
Williams, Leininger & Cosby, P.A.
1555 Palm Beach Lakes Blvd., Suite 301
West Palm Beach, FL 33401
561/615-5666; Fax 561/615-9606
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: to JAMES K. GREEN, Esquire, James K. Green, P.A., Suite 1630, Esperante', 222 Lakeview Avenue, West Palm Beach, Florida, 33401, RANDALL C. MARSHALL, Esquire, ACLU, 3000 Biscayne Boulevard, Suite 215, Miami, Florida, 33137, and CHRISTINE GUARD, Assistant General Counsel, Florida Department of Environmental Protection, 3900 Commonwealth Boulevard – MS 35, Tallahassee, FL, 32399-3000, this 10th day of September, 2004.

CARRI S. LEININGER